UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:14-cr-89-002 |
| v. | ) | |
| | ) | Judges Mattice/Steger |
| COURTNEY PAULETTE JONES | ) | |

## MEMORANDUM AND ORDER

COURTNEY PAULETTE JONES ("Defendant") came before the Court for an initial appearance on February 5, 2019, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision ("Petition") [Doc. 244].

After being sworn in due form of law, Defendant was informed of her privilege against self-incrimination under the 5th Amendment and her right to counsel under the 6th Amendment to the United States Constitution.

The Court determined Defendant wished to be represented by an attorney and that she qualified for the appointment of an attorney to represent her at government expense. Consequently, the Court **APPOINTED** attorney Erin Rust of Federal Defender Services of Eastern Tennessee Inc. to represent Defendant.

Defendant was furnished with a copy of the Petition and had an opportunity to review that document with her attorney. The Court determined that Defendant was able to read and understand the Petition with the assistance of her counsel. In addition, AUSA Terra Bay explained to Defendant the specific charges contained in the Petition. Defendant acknowledged she understood the charges in the Petition.

The Government moved Defendant be detained pending disposition of the Petition or further Order of this Court. The Court explained Defendant's right to a preliminary hearing and detention hearing and what those hearings entail. After conferring with her counsel, Defendant waived the preliminary hearing but requested a detention hearing. At Defendant's counsel's request, the detention hearing was scheduled on **Thursday, February 7, 2019 at 3:00 p.m.**

Because a presumption exists that Defendant is a flight risk and a danger to the community, and Defendant has not yet carried the burden of establishing by clear and convincing evidence that she will not flee or pose a danger to any other person or to the community, Defendant will remain incarcerated pending her detention hearing and until further order of the Court.

It is, therefore, **ORDERED** that:

1. Defendant shall be detained pending her detention hearing and further order of this Court.

2. The United States Marshal's service shall transport Defendant to the hearing on **Thursday, February 7, 2019 at 3:00 p.m.**

3. Counsel for Defendant and the Government shall confer and make best efforts to submit to United States District Judge Mattice a proposed Agreed Order with respect to an appropriate disposition of the Petition for Warrant for Offender Under Supervision.

4. In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Petition for Warrant for Offender Under Supervision, they shall request a hearing before United States District Judge Mattice.

**ENTER.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE